FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 2:07-CR-219-MHT |
| ) | [ 21 USC 841(a)(1) |
| DARRELL GAMBLE  ) | 21 USC 844(a)] |
| ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about March 1, 2006, in Montgomery County, within the Middle District of Alabama,

**DARRELL GAMBLE,**

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of cocaine base or "crack," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about March 1, 2006, in Montgomery County, within the Middle District of Alabama,

**DARRELL GAMBLE,**

defendant herein, did knowingly and intentionally possess cocaine hydrochloride or "powder cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## **FORFEITURE ALLEGATION**

A.  Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for a violation of Title 21, United States Code, Section 841(a)(1) as alleged in Counts 1 and 2 of this indictment, the defendant,

**DARRELL GAMBLE,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained, directly or indirectly, as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of any violation alleged in Counts 1 and 2 of this indictment.

C.  If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL:

*[signature]*
**Foreperson**

*[signature]*
**LEURA G. CANARY**
**UNITED SATES ATTORNEY**

*[signature]*
**JOHN T. HARMON**
**Assistant United States Attorney**

*[signature]*
**VERNE H. SPEIRS**
**Assistant United States Attorney**