IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER:  2:07-cr-00219-MHT |
| | ) | |
| DARRELL GAMBLE | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE    ALABAMA DEPARTMENT OF CORRECTIONS
                                                                          BIBB CORRECTIONAL FACILITY
                                                              AT    Brent, Alabama

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
          OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

        We command you, that you have the body of **DARRELL GAMBLE**, a prisoner in your institution and

under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for

the Middle District of Alabama, at Courtroom 5A of said Court, in the City of Montgomery, Alabama, on

**October 31, 2007**, at **10:30 a.m.,**, to answer charges pending in said Court and for such other proceedings as may

appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

        BY ORDER OF THE COURT.

        DONE this the    20th    day of September, 2007.

                                        DEBRA P. HACKETT, CLERK
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF ALABAMA

                                        By:    _Barnes_
                                                  Deputy Clerk