IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR. NO. 2:07-cr-219-MHT
    )
DARRELL GAMBLE    )

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Darrell Gamble, into the custody of Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, from November 15, 2007, through February 15, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 13th of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
              v.                  )        CR. NO. 2:07-cr-219-MHT
                                  )
DARRELL GAMBLE                    )

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all attorneys

on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                                    )
        v.                  )      CR. NO. 2:07-cr-219-MHT
                                    )
DARRELL GAMBLE             )

O R D E R

Upon consideration of the government's motion for release of prisoner filed on November 13, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Darrell Gamble, to Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, on November 15, 2007, through February 15, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of November, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE