IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-219-MHT |
| | ) | |
| DARRELL GAMBLE | ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner (Doc. # 11), filed on November 13, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Darrell Gamble, to Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, on November 15, 2007, through February 15, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Mike Drummond, MPD, and/or, Becky Sparkman, MPD, and/or Bob Caviness, MPD, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 14th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE