IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-219-MHT |
| | ) | |
| DARRELL GAMBLE | ) | |

## MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **DARRELL GAMBLE**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the December 2007 trial term to the March 2008 trial term. In support of this Motion, Mr. Gamble would show the following:

1. This case is currently scheduled for trial on December 10, 2007.

2. The Parties anticipate resolving this case without a trial. However, Assistant United States Attorney Verne Speirs is currently on sick leave and will not return to the United States Attorney's Office until December 17, 2007. Further, Undersigned Counsel will be out of the State of Alabama fulfilling his obligations with the United States Air Force Reserve from December 2, 2007, until December 21, 2007.

3. Therefore, the Parties will be unable to complete the resolution of this case prior to the currently-scheduled trial date, and a continuance will serve the ends of justice.

4. AUSA Speirs does not oppose this motion.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the trial from December 10, 2007, to this Court's next scheduled

trial term on March 10, 2008.

    Dated this 21st day of November, 2007.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07-cr-219-MHT |
| ) | |
| DARRELL GAMBLE ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49