IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR219-MHT |
| | ) | |
| DARRELL GAMBLE | ) | |

<u>NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION
PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Gamble with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Gamble was convicted of Unlawful Possession of Controlled Substances in the Circuit Court of Montgomery County, under case numbers CC-2006-1474 and CC-2006-67.

The United States has provided the defendant with a certified copy of this previous conviction.

Respectfully submitted this 3rd day of March, 2008.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    (334) 223-7280  (334) 223-7138 Fax
    verne.speirs@usdoj.gov

```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )
         v.                  )    CR. NO: 2:07CR219-MHT
                             )
DARREL GAMBLE                )
```

### CERTIFICATE OF SERVICE

I hereby certify that on March 3rd, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7138 Fax
verne.speirs@usdoj.gov