IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr219-MHT |
| **DARRELL GAMBLE** | ) | |

### ORDER

It is ORDERED that the motion to substitute counsel (Doc. No. 27) is granted.

DONE, this the 24th day of March, 2008.

        /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**