```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr219-MHT |
| | ) | |
| **DARRELL GAMBLE** | ) | |

### O R D E R

Upon consideration of the motion to strike forfeiture allegation (doc. no. 29) heretofore filed in the above-styled cause; counsel for defendant having orally informed the court that defendant does not object; and for good cause shown, the court is of the opinion that the motion should be and the same is hereby granted. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the court that the forfeiture allegation is hereby stricken.

DONE, this the 14th day of May, 2008.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE