IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr219-MHT |
| DARRELL GAMBLE | ) | |

## ORDER

Because the court believes that it would be helpful if the parties were to brief the sentencing issues raised in open court on May 21, 2008, it is ORDERED that sentencing for defendant Darrell Gamble is continued to July 3, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.  By June 6, 2008, defendant Gamble is to file a brief setting forth his arguments.  By June 20, 2008, the government and probation are to file briefs setting forth their arguments.  Defendant Gamble may file a reply brief by June 27, 2008.

DONE, this the 23rd day of May, 2008.

                        /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE