IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | CRIMINAL ACTION NO. |
| ) | 2:07cr219-MHT |
| DARRELL GAMBLE            ) | |

## ORDER

It is ORDERED as follows:

(1) Defendant Darrell Gamble's motion for extension of time (doc. no. 35) is granted.

(2) Sentencing for defendant Gamble, now set for July 3, 2008, is reset for July 9, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) By June 13, 2008, defendant Gamble is to file a brief; by June 27, 2008, the government and probation

are to file their briefs; and defendant Gamble may file a reply brief by July 3, 2008.

    DONE, this the 28th day of May, 2008.

                        /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE