**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 19, 2008

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   United States of America vs. Darrell Gamble

Case Number:   2:07cr219-MHT
                re: Document #37

**This Notice of Correction was filed in the referenced case this date to correct the notation to state that the document filed is a Sentencing Brief in lieu of a Brief in Support of Document No. 35 Motion for Extension of Time to File Brief.**