IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:07cr219-MHT |
| | ) | (WO) |
| DARRELL GAMBLE | ) | |

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses. Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence. Upon consideration of the recommendation of the Retroactivity Screening Panel entered December 10, 2015, and after an independent and de novo review of the record, it is ORDERED that defendant Darrell Gamble should not receive a reduction in sentence pursuant to Amendment 782.

DONE, this the 10th day of December, 2015.

                                                                    _ /s/ Myron H. Thompson  
                                                    UNITED STATES DISTRICT JUDGE