IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:07cr219-MHT** |
| | ) | **(WO)** |
| **DARRELL GAMBLE** | ) | |

**ORDER**

Defendant Darrell Gamble having pled guilty to charges 2 and 3 and having been found guilty of charge 1 in the amended revocation petition (doc. no. 68), and based on representations made in open court on July 30, 2018, it is ORDERED as follows:

(1) Defendant Darrell Gamble is adjudged guilty of charges 1, 2, and 3 in the amended revocation petition (doc. no. 68).

(2) By noon on August 1, 2018, defendant Gamble is to file a report as to (a) whether he would like to be evaluated at a BOP facility or locally; and (b) what issues should be the subject of the evaluation. The government is to file a response by noon on August 2, 2018.

(3) Sentencing is continued to October 10, 2018, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, so that it can be done in tandem with the sentencing in *United States v. Gamble*, criminal action no. 2:18cr275-MHT, should defendant Gamble be found guilty in that case.

DONE, this the 31st day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**